# Exhibit 1







## Textiles ›

essentials, The Collective offers designers versatile materials rooted in enduring color and tactile performance.

‹ Prev    Next ›



REBUILDING LIVES. BUILDING FURNITURE.

## Purposeful Design™ + KI Partnership ›

We're proud to partner with Purposeful Design™ to introduce handcrafted solid-wood tops for select Tributaire tables. Purposeful Design is a nonprofit social enterprise that equips individuals facing barriers to employment with paid training and long-term support. The result is more than a beautifully crafted surface; it's design with intention, rooted in dignity, skill-building, and lasting community impact. To learn more about how they're making a difference, explore their story.

Explore Their Story



SEE IT SPEC IT
**Cogni Seating** ›



KI Furniture Solutions: Our Design Philosophy ›

## News & Insights

Case 1:26-cv-00425-WCG     Filed 03/17/26     Page 4 of 7     Document 1-1



BLOG

MARCH 6, 2026

**Future-Ready Healthcare Perspectives from the KI Healthcare Advisory Board** ›

Learn how to create future-ready healthcare facilities that support evolving care, staff workflows, and patient experience in our Future-Ready Healthcare series from the KI Healthcare Advisory Board.



BLOG

FEBRUARY 10, 2026

**From Flexibility to Belonging: The Real Forces Reshaping Higher Education Spaces** ›

From hybrid learning to inclusive design, take a look at how campuses are rethinking space to better serve students, faculty, and long-term institutional goals.



BLOG

FEBRUARY 2, 2026

**What's Shaping K-12 Learning Environments in 2026—and What Schools Can Do Next** ›

K–12 schools face enrollment shifts, tighter budgets, and rising expectations. See how learning environments can adapt to support students and educators amid the changes.

# Helpful Tools



**Square Foot Calculator**



**COM Fabric Approvals**



**Product Pricing**



**Order Status**



**Classroom Planner**

**About**

Our Purpose

Sustainability

Careers

Pressroom

Shows & Events

Showrooms & Locations

Case 1:26-cv-00425-WCG     Filed 03/17/26     Page 5 of 7     Document 1-1

Contact Us

## Research

Insights Blog

White Papers

Continuing Education Units

Furnishing Knowledge Podcast

## Purchasing

How to Buy

Pricing

Find a Sales Specialist

Lead Times

Literature & Samples

## Help

Customer Service

Assembly & Maintenance

Repair & Replacement

Warranty

## Corporate Office

1330 Bellevue Street
Green Bay, WI 54302
800.424.2432

## Stay In Touch

As a trusted market resource, we furnish knowledge. Join our conversation and stay in touch with KI.

Subscribe to Updates





© 2026 KI     Legal/Privacy     Accessibility Statement

