# Exhibit 5

Line wrap

```
<!DOCTYPE html>
<html lang="en" class="no-js" id="top">
<head>
    <meta charset="utf-8">
    <meta name="referrer" content="no-referrer-when-downgrade">
    <meta http-equiv="X-UA-Compatible" content="IE=edge,chrome=1">
    <meta name="viewport" content="width=device-width, initial-scale=1">

    <link rel="shortcut icon" sizes="favicon" href="/favicon.ico" /><link rel="apple-touch-icon" sizes="icon" href="/apple-touch-icon.png" /><link rel=

    <link type="text/css" rel="stylesheet" href="https://use.typekit.net/sbg5fet.css" />

<!-- OneTrust Cookies Consent Notice start for ki.com -->
<script type="text/javascript" src="https://cdn.cookielaw.org/consent/01927bf8-7557-7941-927e-0bf5ae545af4/OtAutoBlock.js" ></script>
<script src="https://cdn.cookielaw.org/scripttemplates/otSDKStub.js" data-document-language="true" type="text/javascript" charset="UTF-8" data-domain-
<script type="text/javascript">
function OptanonWrapper() { }
</script>
<!-- OneTrust Cookies Consent Notice end for ki.com -->

<!-- Google Tag Manager -->
<script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
'https://www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
})(window,document,'script','dataLayer','GTM-M9F3L9R');</script>
<!-- End Google Tag Manager -->

<!-- Google Search Console Verification -->
<meta name="google-site-verification" content="8thQaE2Yh2RgYZ74W6TbQXrqCMTlHnBLfNAF3eevkfU" />

<meta name="facebook-domain-verification" content="tw3dx3vzis30ikgr42u6gq06frea33" />

<meta name="p:domain_verify" content="80fbe19aead6301ca3f82c022b4e74aa"/>

<!-- Marxent 3D Cloud  -->
<link rel="stylesheet" type="text/css" href="https://cdn.3dcloud.io/ki-product-configurator/9.7.2-build.21/MxtProductConfigurator-9.7.2-build.21.css">

    <script type="text/javascript">
        var appInsights = window.appInsights || function (a) {
            function b(a) { c[a] = function () { var b = arguments; c.queue.push(function () { c[a].apply(c, b) }) } } var c = { config: a }, d = docum
        }({
            instrumentationKey: "c3d61f68-88fd-48e9-a96d-9a1afc279a7b"
        });

        window.appInsights = appInsights, appInsights.queue && 0 === appInsights.queue.length && appInsights.trackPageView();
    </script>

    <script>
!function(T,l,y){var S=T.location,k="script",D="instrumentationKey",C="ingestionendpoint",I="disableExceptionTracking",E="ai.device.",b="toLowerCase",w
</script>

<!-- Font Awesome Icons - auto-subsetting for better performance -->
<script src="https://kit.fontawesome.com/1d9fc78b78.js" crossorigin="anonymous"></script>

<script src="https://cdn.3dcloud.io/ki-product-configurator/9.7.2-build.21/MxtProductConfigurator-9.7.2-build.21.min.js"></script>
    <link href="/dist/ki/ki.5d300779.css" rel="stylesheet" />

</head>

<body >

    <div>
        <a class="a11y-skip-link" href="#nav">Skip to nav</a>
        <a class="a11y-skip-link" href="#main-content">Skip to content</a>
    </div>

    <div style="display: none;">
        <!-- inject:svg --><svg xmlns="http://www.w3.org/2000/svg"><symbol id="svg-sisi-no-image-large" viewBox="0 0 260 260"><circle cx="130" cy="108'
    </div>

<div><div class="unit    globalbannerblockdata">
    <div class="alert-banner text-white" style="background-color: #4B7254">
            <a href="/insights/continuing-education-units/learning-curve/" target="_self" class="arrow-link"><span>The Learning Curve: CEU Series for E
    </div> <!-- /alert-banner -->
</div></div>

    <div id="container">

        <header class="site-header">

<div class="top-nav">
    <div class="content">
        <ul class="secondary-nav">
```

```
                        <li>
                            <a href="/whats-new/" target="">
                                What&#x27;s New
                            </a>
                        </li>
                        <li>
                            <a href="/how-to-buy/" target="">
                                Pricing &amp; Purchasing
                            </a>
                        </li>
                        <li>
                            <a href="/design-resources/product-lead-times/" target="">
                                Lead Times
                            </a>
                        </li>
                        <li>
                            <a href="/order-literature/" target="">
                                Literature &amp; Samples
                            </a>
                        </li>
                        <li>
                            <a href="/customer-service/rights-warranties/" target="">
                                Services &amp; Warranties
                            </a>
                        </li>
                        <li>
                            <a href="/about/ki-careers/" target="">
                                Careers
                            </a>
                        </li>
                        <li>
                            <a href="/about/find-us/" target="">
                                Find a Rep
                            </a>
                        </li>
        </ul> <!-- /secondary-nav -->

        <ul class="site-utilities">
            <li class="utility-site-select js-dropdown">
                <button class="js-dropdown-toggle" type="button" aria-haspopup="true" aria-label="Select a Site">

<!-- Generator: Adobe Illustrator 21.1.0, SVG Export Plug-In . SVG Version: 6.00 Build 0)  -->
<svg version="1.1" id="svg-flag-usa" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" x="0px" y="0px" width="25px" height=
<path fill="#BF0A30" d="M0,0h1235v650H0V0z" />
<path fill="#FFFFFF" d="M1235,100H0V50h1235V100z M1235,150H0v50h1235V150z M1235,250H0v50h1235V250z M1235,350H0v50h1235V350z   M1235,450H0v50h1235V450z
<path fill="#002868" d="M0,0h494v350H0V0z" />
<path fill="#FFFFFF" d="M52.9,51.2l-11.8-8.5l-11.8,8.5l4.5-13.8L22,28.9h14.5L41.2,15l4.5,13.8h14.5l-11.8,8.5L52.9,51.2z   M29.4,121.2l30.8-22.4h-38L53,
</svg>
                </button>
                <div class="dropdown-menu js-dropdown-menu" tabindex="-1">
                    <ul class="dropdown-link-list js-dropdown-link-list">
                                <li><a href="https://www.kieurope.com/" target="_blank">KI Europe</a></li>
                                <li><a href="https://www.kieurope.com/middle-east/" target="_blank">KI Middle East</a></li>
                    </ul>
                </div> <!-- /dropdown-menu -->
            </li>
        </ul> <!-- /site-utilities -->
    </div> <!-- /content -->
</div> <!-- /top-nav -->

            <div class="content">
                <a href="/" class="site-logo">
                    <svg width="88" height="84">
                        <use xlink:href="#svg-ki"></use>
                    </svg>
                </a>
                <!-- /site-link -->

<button class="main-nav-open js-main-nav-open" title="Open Navigation Menu">
    <svg class="icon" width="18" height="14">
        <use xlink:href="#svg-menu"></use>
    </svg>
</button>

<nav class="main-nav js-main-nav" id="nav">

    <div class="main-nav-header">
        <a href="/" class="main-nav-logo">
            <svg width="59" height="56">
                <use xlink:href="#svg-ki"></use>
            </svg>
        </a>
        <button class="main-nav-close js-main-nav-close" title="Close Navigation">
            <svg width="16" height="16">
                <use xlink:href="#svg-close"></use>
            </svg>
        </button>
    </div> <!-- /main-nav-header -->

    <ul class="main-nav-primary">
            <li>
                <a href="#" class="js-main-nav-primary">Products</a>

                <div class="main-nav-menu js-main-nav-menu">
                    <div class="main-nav-header">
                        <a href="/" class="main-nav-logo">
                            <svg width="59" height="56">
```

```
                                <use xlink:href="#svg-ki"></use>
                            </svg>
                        </a>
                        <span class="main-nav-cat">Products</span>
                        <button class="main-nav-back js-main-nav-back" title="Back to Navigation">
                            <svg width="22" height="15">
                                <use xlink:href="#svg-arrow-left-2"></use>
                            </svg>
                        </button>
                        <button class="main-nav-close js-main-nav-close" title="Close Navigation">
                            <svg width="16" height="16">
                                <use xlink:href="#svg-close"></use>
                            </svg>
                        </button>
                    </div> <!-- /main-nav-header -->

                    <div class="inner center-default">

                            <div class="unit charlie-size4of5">
                                    <div class="main-nav-block">
                                        <span class="main-nav-helper">Categories</span>
                                    </div> <!-- /main-nav-block -->
<div class='main-nav-cols'>
<div class='main-nav-col'>

                    <div class="charlie-main-nav-block">
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/products/category/seating/" target="" class="main-nav-level-2">Seating</a>
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
                                        </svg>
                                    </div>
                                </div> <!-- /main-nav-accordion-header -->
                                <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                    <ul class="main-nav-sub">
                                            <li><a href="/products/category/seating/stack-chairs/" target="">Stack Chairs</a></li>
                                            <li><a href="/products/category/seating/task-chairs/" target="">Task Chairs</a></li>
                                            <li><a href="/products/category/seating/conference-chairs/" target="">Conference Chairs</a></li>
                                            <li><a href="/products/category/seating/student-seating/" target="">Student Seating</a></li>
                                            <li><a href="/products/category/seating/tablet-arm-chairs/" target="">Tablet Arm Chairs</a></li>
                                            <li><a href="/products/category/seating/nesting-chairs/" target="">Nesting Chairs</a></li>
                                            <li><a href="/products/category/seating/guest-chairs/" target="">Guest Chairs</a></li>
                                            <li><a href="/products/category/seating/lounge-seating/" target="">Lounge Seating</a></li>
                                            <li><a href="/products/category/seating/esports-seating/" target="">Esports Seating</a></li>
                                            <li><a href="/products/category/seating/multiple-tandem-seating/" target="">Multiple/Tandem Seating</a></l
                                            <li><a href="/products/category/seating/healthcare-seating/" target="">Healthcare Seating</a></li>
                                            <li><a href="/products/category/seating/bariatric/" target="">Bariatric Seating</a></li>
                                            <li><a href="/products/category/seating/cafe-stools/" target="">Cafe Stools</a></li>
                                            <li><a href="/products/category/seating/task-stools/" target="">Task Stools</a></li>
                                            <li><a href="/products/category/seating/industrial-stools/" target="">Industrial Stools</a></li>
                                            <li><a href="/products/category/seating/folding-chairs/" target="">Folding Chairs</a></li>
                                            <li><a href="/products/category/seating/outdoor-seating/" target="">Outdoor Seating</a></li>
                                    </ul>
                                </div> <!-- main-nav-accordion-content -->
                            </div> <!-- /js-main-nav-accordion-item -->
                        </div> <!-- /main-nav-accordion -->
                    </div> <!-- /main-nav-block -->
</div><div class='main-nav-col'>

                    <div class="charlie-main-nav-block">
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/products/category/tables/" target="" class="main-nav-level-2">Tables</a>
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
                                        </svg>
                                    </div>
                                </div> <!-- /main-nav-accordion-header -->
                                <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                    <ul class="main-nav-sub">
                                            <li><a href="/products/category/tables/training-tables/" target="">Training Tables</a></li>
                                            <li><a href="/products/category/tables/collaborative-tables/" target="">Collaborative Tables</a></li>
                                            <li><a href="/products/category/tables/media-integrated-tables/" target="">Media-Integrated Tables</a></li
                                            <li><a href="/products/category/tables/student-tables/" target="">Student Tables</a></li>
                                            <li><a href="/products/category/tables/cafe-tables/" target="">Cafe Tables</a></li>
                                            <li><a href="/products/category/tables/height-adjustable-tables/" target="">Height-Adjustable Tables</a></
                                            <li><a href="/products/category/tables/executive-conference-tables/" target="">Executive Conference Tables<
                                            <li><a href="/products/category/tables/occasional-and-side-tables/" target="">Occasional Tables</a></li>
                                            <li><a href="/products/category/tables/folding-tables/" target="">Folding Tables</a></li>
                                            <li><a href="/products/category/tables/outdoor-tables/" target="">Outdoor Tables</a></li>
                                    </ul>
                                </div> <!-- main-nav-accordion-content -->
                            </div> <!-- /js-main-nav-accordion-item -->
                        </div> <!-- /main-nav-accordion -->
                    </div> <!-- /main-nav-block -->
                    <div class="charlie-main-nav-block">
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/products/category/desks/" target="" class="main-nav-level-2">Desks</a>
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
```

```
                                        </svg>
                                    </div>
                                </div> <!-- /main-nav-accordion-header -->
                                <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                    <ul class="main-nav-sub">
                                            <li><a href="/products/category/desks/office-and-work-desks/" target="">Office/Work Desks</a></li>
                                            <li><a href="/products/category/desks/teacher-desks-and-lecterns/" target="">Teacher Desks/Lecterns</a></l
                                            <li><a href="/products/category/desks/student-desks/" target="">Student Desks</a></li>
                                    </ul>
                                </div> <!-- main-nav-accordion-content -->
                            </div> <!-- /js-main-nav-accordion-item -->
                        </div> <!-- /main-nav-accordion -->
                    </div> <!-- /main-nav-block -->
</div><div class='main-nav-col'>

                    <div class="charlie-main-nav-block">
                        <a href="/products/category/architectural-walls/" target="" class="main-nav-level-2">Architectural Walls</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/products/category/workspace-systems/" target="" class="main-nav-level-2">Workspace Systems</a>
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
                                        </svg>
                                    </div>
                                </div> <!-- /main-nav-accordion-header -->
                                <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                    <ul class="main-nav-sub">
                                            <li><a href="/products/category/workspace-systems/casegoods/" target="">Casegoods</a></li>
                                            <li><a href="/products/category/workspace-systems/panel-systems/" target="">Panel Systems</a></li>
                                            <li><a href="/products/category/workspace-systems/desking-systems/" target="">Desking Systems</a></li>
                                            <li><a href="/products/category/workspace-systems/benching-systems/" target="">Benching Systems</a></li>
                                            <li><a href="/products/category/workspace-systems/powered-screens/" target="">Powered Screens</a></li>
                                    </ul>
                                </div> <!-- main-nav-accordion-content -->
                            </div> <!-- /js-main-nav-accordion-item -->
                        </div> <!-- /main-nav-accordion -->
                    </div> <!-- /main-nav-block -->
                    <div class="charlie-main-nav-block">
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/products/category/files-and-storage/" target="" class="main-nav-level-2">Files &amp; Storage</a>
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
                                        </svg>
                                    </div>
                                </div> <!-- /main-nav-accordion-header -->
                                <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                    <ul class="main-nav-sub">
                                            <li><a href="/products/category/files-and-storage/storage-towers/" target="">Storage Towers</a></li>
                                            <li><a href="/products/category/files-and-storage/lockers-laterals-verticals/" target="">Lockers, Laterals,
                                            <li><a href="/products/category/files-and-storage/credenzas-chests-cubbies/" target="">Credenzas, Chests, C
                                            <li><a href="/products/category/files-and-storage/pedestals-and-personal-storage/" target="">Pedestals &amp
                                            <li><a href="/products/category/files-and-storage/book-storage/" target="">Book Storage</a></li>
                                            <li><a href="/products/category/files-and-storage/overhead-storage/" target="">Overhead Storage</a></li>
                                    </ul>
                                </div> <!-- main-nav-accordion-content -->
                            </div> <!-- /js-main-nav-accordion-item -->
                        </div> <!-- /main-nav-accordion -->
                    </div> <!-- /main-nav-block -->
</div><div class='main-nav-col'>

                    <div class="charlie-main-nav-block">
                        <a href="/products/category/pods/" target="" class="main-nav-level-2">Pods</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <a href="/products/category/residence-hall-and-dormitory-furniture/" target="" class="main-nav-level-2">Residence Hall &amp; Do
                    </div>
                    <div class="charlie-main-nav-block">
                        <a href="/products/category/library-furniture/" target="" class="main-nav-level-2">Library Furniture</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/products/category/auditorium-and-lecture-hall-furniture/" target="" class="main-nav-level-2">Auditorium &
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
                                        </svg>
                                    </div>
                                </div> <!-- /main-nav-accordion-header -->
                                <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                    <ul class="main-nav-sub">
                                            <li><a href="/products/category/auditorium-and-lecture-hall-furniture/auditorium-seating/" target="">Audito
                                            <li><a href="/products/category/auditorium-and-lecture-hall-furniture/fixed-seating-and-tables/" target="">
                                            <li><a href="/products/category/auditorium-and-lecture-hall-furniture/lecterns/" target="">Lecterns</a></l
                                    </ul>
                                </div> <!-- main-nav-accordion-content -->
                            </div> <!-- /js-main-nav-accordion-item -->
                        </div> <!-- /main-nav-accordion -->
                    </div> <!-- /main-nav-block -->
                    <div class="charlie-main-nav-block">
```

```
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/products/category/accessories/" target="" class="main-nav-level-2">Accessories</a>
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
                                        </svg>
                                    </div>
                                </div> <!-- /main-nav-accordion-header -->
                                <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                    <ul class="main-nav-sub">
                                            <li><a href="/products/category/accessories/computer-support-accessories/" target="">Computer Support Acce
                                            <li><a href="/products/category/accessories/power-accessories/" target="">Power Accessories</a></li>
                                            <li><a href="/products/category/accessories/screens-and-space-dividers/" target="">Screens &amp; Space Div
                                            <li><a href="/products/category/accessories/workspace-accessories/" target="">Workspace Accessories</a></l
                                    </ul>
                                </div> <!-- main-nav-accordion-content -->
                            </div> <!-- /js-main-nav-accordion-item -->
                        </div> <!-- /main-nav-accordion -->
                    </div> <!-- /main-nav-block -->
</div>
</div>
                            </div>
                            <div class="unit charlie-size1of5">
                                    <div class="main-nav-block">
                                        <span class="main-nav-helper">Other Ways to Browse</span>
                                    </div> <!-- /main-nav-block -->

                    <div class="charlie-main-nav-block">
                        <a href="/products/name/" target="_self" class="main-nav-level-2">SEARCH BY NAME</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <a href="/products/by-collection/" target="_self" class="main-nav-level-2">COLLECTIONS</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <a href="/products/product-comparison/" target="_self" class="main-nav-level-2">COMPARE PRODUCTS</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <a href="/products/quick-ship/" target="_self" class="main-nav-level-2">QUICK SHIP PROGRAM</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <a href="/products/gsa/" target="_self" class="main-nav-level-2">GSA PRODUCTS</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/products/infinity/" target="_self" class="main-nav-level-2">INFINITY FROM KI</a>
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
                                        </svg>
                                    </div>
                                </div> <!-- /main-nav-accordion-header -->
                                <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                    <ul class="main-nav-sub">
                                                <li><a href="/products/infinity/modified-products/gallery/" target="">Modified Products Gallery</a></l
                                    </ul>
                                </div> <!-- main-nav-accordion-content -->
                            </div> <!-- /js-main-nav-accordion-item -->
                        </div> <!-- /main-nav-accordion -->
                    </div> <!-- /main-nav-block -->

                            </div>

                    </div>
                </div> <!-- /main-nav-menu-->
            </li>
            <li>
                <a href="#" class="js-main-nav-primary">Spaces &amp; Insights</a>

                <div class="main-nav-menu js-main-nav-menu">
                    <div class="main-nav-header">
                        <a href="/" class="main-nav-logo">
                            <svg width="59" height="56">
                                <use xlink:href="#svg-ki"></use>
                            </svg>
                        </a>
                        <span class="main-nav-cat">Spaces &amp; Insights</span>
                        <button class="main-nav-back js-main-nav-back" title="Back to Navigation">
                            <svg width="22" height="15">
                                <use xlink:href="#svg-arrow-left-2"></use>
                            </svg>
                        </button>
                        <button class="main-nav-close js-main-nav-close" title="Close Navigation">
                            <svg width="16" height="16">
                                <use xlink:href="#svg-close"></use>
                            </svg>
                        </button>
                    </div> <!-- /main-nav-header -->

                    <div class="inner center-default">

                            <div class="unit charlie-size1of5">
```

```
        <div class="charlie-main-nav-block">
            <div class="main-nav-accordion js-main-nav-accordion">
                <div class="js-main-nav-accordion-item">
                    <div class="main-nav-accordion-header">
                        <a href="/spaces/applications/" target="_self" class="main-nav-level-2">Applications</a>
                        <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                            <svg class="icon" width="16" height="8">
                                <use xlink:href="#svg-arrow-down"></use>
                            </svg>
                        </div>
                    </div> <!-- /main-nav-accordion-header -->
                    <div class="main-nav-accordion-content js-main-nav-accordion-more">
                        <ul class="main-nav-sub">
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=323" target="_self">Caf&#xE9; Areas</a></l
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=324" target="_self">Classrooms</a></li>
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=325" target="_self">Computer &amp; Tech La
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=326" target="_self">Conference Rooms</a><
                                    <li><a href="https://www.ki.com/spaces/applications/?filter-by=application&amp;application=467" target="_self">Esp
                                    <li><a href="https://www.ki.com/spaces/applications/?filter-by=application&amp;application=469" target="_self">Inn
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=327" target="_self">Lecture Halls &amp; Au
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=328" target="_self">Libraries</a></li>
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=329" target="_self">Lounge &amp; Lobby Are
                                    <li><a href="https://www.ki.com/spaces/applications/?filter-by=application&amp;application=468" target="_self">Make
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=330" target="_self">Offices &amp; Workspa
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=337" target="_self">Patient Rooms</a></li
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=336" target="_self">Reception &amp; Waiti
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=338" target="_self">Residence Halls</a></
                                    <li><a href="/spaces/applications/?filter-by=application&amp;application=331" target="_self">Training Rooms</a></l
                        </ul>
                    </div> <!-- main-nav-accordion-content -->
                </div> <!-- /js-main-nav-accordion-item -->
            </div> <!-- /main-nav-accordion -->
        </div> <!-- /main-nav-block -->

                            </div>
                            <div class="unit charlie-size1of5">
                                    <div class="main-nav-block">
                                        <span class="main-nav-helper">Markets &amp; Research</span>
                                    </div> <!-- /main-nav-block -->

                    <div class="charlie-main-nav-block">
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/insights/markets/" target="" class="main-nav-level-2">Markets</a>
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
                                        </svg>
                                    </div>
                                </div> <!-- /main-nav-accordion-header -->
                                <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                    <ul class="main-nav-sub">
                                            <li><a href="/insights/markets/higher-education/" target="">Higher Education</a></li>
                                            <li><a href="/insights/markets/k-12-education/" target="">K-12 Education</a></li>
                                            <li><a href="/insights/markets/workplace/" target="">Workplace</a></li>
                                            <li><a href="/insights/markets/healthcare/" target="">Healthcare</a></li>
                                            <li><a href="/insights/markets/government/" target="">Government</a></li>
                                            <li><a href="/insights/markets/workplace/design-for-manufacturing-and-industrial-offices/" target="">Indust
                                    </ul>
                                </div> <!-- main-nav-accordion-content -->
                            </div> <!-- /js-main-nav-accordion-item -->
                        </div> <!-- /main-nav-accordion -->
                    </div> <!-- /main-nav-block -->
                    <div class="charlie-main-nav-block">
                        <a href="/classroom-furniture-giveaway/" target="_self" class="main-nav-level-2">Classroom Furniture Giveaway</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/insights/blog/" target="_self" class="main-nav-level-2">Insights Blog: Furnishing Knowledge</a>
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
                                        </svg>
                                    </div>
                                </div> <!-- /main-nav-accordion-header -->
                                <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                    <ul class="main-nav-sub">
                                                <li><a href="https://www.ki.com/design-resources/document-library/?s=&amp;c=DataHub&#x2B;%28By&#x2B;Pro
                                                <li><a href="/insights/continuing-education-units/" target="">Continuing Education Units</a></li>
                                                <li><a href="/insights/podcast/" target="">Furnishing Knowledge Podcast</a></li>
                                    </ul>
                                </div> <!-- main-nav-accordion-content -->
                            </div> <!-- /js-main-nav-accordion-item -->
                        </div> <!-- /main-nav-accordion -->
                    </div> <!-- /main-nav-block -->

                            </div>
                            <div class="unit charlie-size1of5 alpha-size1of2">
```

```
<div class="main-nav-block">
            <a href="/spaces/case-studies/" target="_self">
                <img src="https://ki.widen.net/img/ki/t3dcqz831z/675x380px@1x/sam-houston-lsc_cafe1_overhead_doni_athens_pillar.jpg?q=90" alt="" style=
            </a>

        <span class="heading4">
            <a href="/spaces/case-studies/" target="_self" class="arrow-link">
                <span>Case Studies</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:href="#svg-arrow-right"></use><
            </a>
        </span>

        <p >See how others integrate furniture with architecture, address space issues, incorporate flexibility or mobility and more.</p>

</div>

                            </div>
                            <div class="unit charlie-size1of5 alpha-size1of2">

<div class="main-nav-block">
            <a href="/spaces/planning-ideas/" target="_self">
                <img src="https://ki.widen.net/img/ki/xntyi5miip/675x380px@1x/pf1000_toon_1920x960px.png?q=90" alt="" style="display: block; margin-bot
            </a>

        <span class="heading4">
            <a href="/spaces/planning-ideas/" target="_self" class="arrow-link">
                <span>Planning Ideas</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:href="#svg-arrow-right"></use
            </a>
        </span>

        <p >This curated collection of planning ideas features diverse environments and configurations with a wide range of KI furniture solutions.</p

</div>

                            </div>

                    </div>
                </div> <!-- /main-nav-menu-->
            </li>
            <li>
                <a href="#" class="js-main-nav-primary">Design Resources</a>

                <div class="main-nav-menu js-main-nav-menu">
                    <div class="main-nav-header">
                        <a href="/" class="main-nav-logo">
                            <svg width="59" height="56">
                                <use xlink:href="#svg-ki"></use>
                            </svg>
                        </a>
                        <span class="main-nav-cat">Design Resources</span>
                        <button class="main-nav-back js-main-nav-back" title="Back to Navigation">
                            <svg width="22" height="15">
                                <use xlink:href="#svg-arrow-left-2"></use>
                            </svg>
                        </button>
                        <button class="main-nav-close js-main-nav-close" title="Close Navigation">
                            <svg width="16" height="16">
                                <use xlink:href="#svg-close"></use>
                            </svg>
                        </button>
                    </div> <!-- /main-nav-header -->

                    <div class="inner center-default">

                            <div class="unit charlie-size2of5">
<div class='main-nav-cols'>
<div class='main-nav-col'>

                    <div class="charlie-main-nav-block">
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/design-resources/materials/" target="_self" class="main-nav-level-2">Surface Materials</a>
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
                                        </svg>
                                    </div>
                                </div> <!-- /main-nav-accordion-header -->
                                <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                    <ul class="main-nav-sub">
                                                <li><a href="/design-resources/materials/fabrics/" target="_self">Fabrics &amp; Meshes</a></li>
                                                <li><a href="/design-resources/materials/finishes/" target="">Finishes</a></li>
                                                <li><a href="/design-resources/materials/product-approvals/" target="">Product Approvals</a></li>
                                                <li><a href="/design-resources/materials/com-fabrics/" target="">COM Approvals</a></li>
                                    </ul>
                                </div> <!-- main-nav-accordion-content -->
                            </div> <!-- /js-main-nav-accordion-item -->
                        </div> <!-- /main-nav-accordion -->
                    </div> <!-- /main-nav-block -->
                    <div class="charlie-main-nav-block">
                        <a href="/design-resources/sqft-calculator/" target="" class="main-nav-level-2">Square Foot Calculator</a>
                    </div>
</div><div class='main-nav-col'>
```

```
                    <div class="charlie-main-nav-block">
                        <a href="/design-resources/symbols/" target="" class="main-nav-level-2">Symbols &amp; Drawing Tools</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <a href="/design-resources/image-library/" target="" class="main-nav-level-2">Images</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <a href="/design-resources/document-library/" target="" class="main-nav-level-2">Documents</a>
                    </div>
                    <div class="charlie-main-nav-block">
                        <a href="/design-resources/product-lead-times/" target="" class="main-nav-level-2">Product Lead Times</a>
                    </div>
</div>
</div>
                            </div>
                            <div class="unit charlie-size1of5 alpha-size1of2">

<div class="main-nav-block">
            <a href="/design-resources/see-it-spec-it/" target="_self">
                <img src="/contentassets/0d18679b1f5a489d95a625cab193521e/ruckus-sisi-image_600x400px.jpg" alt="" style="display: block; margin-bottom
            </a>

        <span class="heading4">
            <a href="/design-resources/see-it-spec-it/" target="_self" class="arrow-link">
                <span>See It Spec It</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:href="#svg-arrow-right"></use
            </a>
        </span>

        <p >This dynamic rendering program generates a photo-realistic image of KI product in real time as you select styles, options and materials.</

</div>

                            </div>
                            <div class="unit charlie-size1of5 alpha-size1of2">

<div class="main-nav-block">
            <a href="/design-resources/classroom-planner/" target="_self">
                <img src="/contentassets/7483e64372414a32b0dca0c15d3f1fe9/classroom-planner_600x400px.jpg" alt="" style="display: block; margin-bottom
            </a>

        <span class="heading4">
            <a href="/design-resources/classroom-planner/" target="_self" class="arrow-link">
                <span>Classroom Planner</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:href="#svg-arrow-right"></
            </a>
        </span>

        <p >Use this interactive tool to create your ideal learning environment. Add, remove and move around furniture into limitless configurations ar

</div>

                            </div>

                    </div>
                </div> <!-- /main-nav-menu-->
            </li>
            <li>
                <a href="#" class="js-main-nav-primary">About Us</a>

                <div class="main-nav-menu js-main-nav-menu">
                    <div class="main-nav-header">
                        <a href="/" class="main-nav-logo">
                            <svg width="59" height="56">
                                <use xlink:href="#svg-ki"></use>
                            </svg>
                        </a>
                        <span class="main-nav-cat">About Us</span>
                        <button class="main-nav-back js-main-nav-back" title="Back to Navigation">
                            <svg width="22" height="15">
                                <use xlink:href="#svg-arrow-left-2"></use>
                            </svg>
                        </button>
                        <button class="main-nav-close js-main-nav-close" title="Close Navigation">
                            <svg width="16" height="16">
                                <use xlink:href="#svg-close"></use>
                            </svg>
                        </button>
                    </div> <!-- /main-nav-header -->

                    <div class="inner center-default">

                            <div class="unit charlie-size2of5">
<div class='main-nav-cols'>
<div class='main-nav-col'>

                    <div class="charlie-main-nav-block">
                        <div class="main-nav-accordion js-main-nav-accordion">
                            <div class="js-main-nav-accordion-item">
                                <div class="main-nav-accordion-header">
                                    <a href="/about/our-purpose/" target="_self" class="main-nav-level-2">Our Purpose</a>
                                    <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                        <svg class="icon" width="16" height="8">
                                            <use xlink:href="#svg-arrow-down"></use>
                                        </svg>
```

```
                                        </div>
                                    </div> <!-- /main-nav-accordion-header -->
                                    <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                        <ul class="main-nav-sub">
                                                    <li><a href="/about/our-design-philosophy/" target="_self">Design Philosophy</a></li>
                                                    <li><a href="/about/employee-ownership/" target="">Employee Ownership</a></li>
                                                    <li><a href="/about/health-and-wellness/" target="_self">Health &amp; Well-being</a></li>
                                                    <li><a href="/about/diversity/" target="_self">Respect &amp; Inclusion</a></li>
                                                    <li><a href="/about/community/" target="_self">Community Commitment</a></li>
                                                    <li><a href="/about/leadership-team/" target="">Leadership Team</a></li>
                                                    <li><a href="/about/life-and-culture/" target="">KI Life &amp; Culture</a></li>
                                        </ul>
                                    </div> <!-- main-nav-accordion-content -->
                                </div> <!-- /js-main-nav-accordion-item -->
                            </div> <!-- /main-nav-accordion -->
                        </div> <!-- /main-nav-block -->
</div><div class='main-nav-col'>

                        <div class="charlie-main-nav-block">
                            <div class="main-nav-accordion js-main-nav-accordion">
                                <div class="js-main-nav-accordion-item">
                                    <div class="main-nav-accordion-header">
                                        <a href="/about/sustainability/" target="_self" class="main-nav-level-2">Sustainability</a>
                                        <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                                            <svg class="icon" width="16" height="8">
                                                <use xlink:href="#svg-arrow-down"></use>
                                            </svg>
                                        </div>
                                    </div> <!-- /main-nav-accordion-header -->
                                    <div class="main-nav-accordion-content js-main-nav-accordion-more">
                                        <ul class="main-nav-sub">
                                                    <li><a href="/about/sustainability/sustainable-manufacturing-processes/" target="_self">Manufacturing I
                                                    <li><a href="/about/sustainability/product-design/" target="_self">Responsible Product Design</a></li>
                                                    <li><a href="/about/sustainability/eco-friendly-furniture/" target="_self">Eco-Friendly Furniture</a><
                                        </ul>
                                    </div> <!-- main-nav-accordion-content -->
                                </div> <!-- /js-main-nav-accordion-item -->
                            </div> <!-- /main-nav-accordion -->
                        </div> <!-- /main-nav-block -->
                        <div class="charlie-main-nav-block">
                            <a href="/about/shows-and-events/" target="_self" class="main-nav-level-2">Shows and Events</a>
                        </div>
                        <div class="charlie-main-nav-block">
                            <a href="/about/pressroom/" target="_self" class="main-nav-level-2">Pressroom</a>
                        </div>
</div>
</div>
                                </div>
                                <div class="unit charlie-size1of5 alpha-size1of2">

<div class="main-nav-block">
            <a href="/about/locations/" target="_self">
                <img src="/contentassets/c55e486d4d8e4c3fafcb5f3a6cf09072/ki-san-francisco-04012021_154437_900x600px.jpg" alt="" style="display: block
            </a>

        <span class="heading4">
            <a href="/about/locations/" target="_self" class="arrow-link">
                <span>Showrooms &amp; Locations</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:href="#svg-arrow-r
            </a>
        </span>

        <p >Take a virtual tour of select KI showrooms.</p>

</div>

                                </div>

                        </div>
                    </div> <!-- /main-nav-menu-->
                </li>
                <li>
                    <a href="#" class="js-main-nav-primary">Infinity From KI</a>

                    <div class="main-nav-menu js-main-nav-menu">
                        <div class="main-nav-header">
                            <a href="/" class="main-nav-logo">
                                <svg width="59" height="56">
                                    <use xlink:href="#svg-ki"></use>
                                </svg>
                            </a>
                            <span class="main-nav-cat">Infinity From KI</span>
                            <button class="main-nav-back js-main-nav-back" title="Back to Navigation">
                                <svg width="22" height="15">
                                    <use xlink:href="#svg-arrow-left-2"></use>
                                </svg>
                            </button>
                            <button class="main-nav-close js-main-nav-close" title="Close Navigation">
                                <svg width="16" height="16">
                                    <use xlink:href="#svg-close"></use>
                                </svg>
                            </button>
                        </div> <!-- /main-nav-header -->

                        <div class="inner center-default">
                            <div class="unit charlie-size1of5">
```

```
        <div class="charlie-main-nav-block">
            <div class="main-nav-accordion js-main-nav-accordion">
                <div class="js-main-nav-accordion-item">
                    <div class="main-nav-accordion-header">
                        <a href="/products/infinity/" target="_self" class="main-nav-level-2">Overview</a>
                        <div class="main-nav-accordion-arrow js-main-nav-accordion-header">
                            <svg class="icon" width="16" height="8">
                                <use xlink:href="#svg-arrow-down"></use>
                            </svg>
                        </div>
                    </div> <!-- /main-nav-accordion-header -->
                    <div class="main-nav-accordion-content js-main-nav-accordion-more">
                        <ul class="main-nav-sub">
                                    <li><a href="/products/infinity/process/" target="">Our Process</a></li>
                                    <li><a href="/products/infinity/co-created-products/" target="">Co-Created Products</a></li>
                                    <li><a href="/products/infinity/modified-products/" target="">Modified Products</a></li>
                                    <li><a href="/products/infinity/modified-products/gallery/" target="_self">Product Gallery</a></li>
                                    <li><a href="/products/infinity/meet-the-team/" target="">Meet the Team</a></li>
                        </ul>
                    </div> <!-- main-nav-accordion-content -->
                </div> <!-- /js-main-nav-accordion-item -->
            </div> <!-- /main-nav-accordion -->
        </div> <!-- /main-nav-block -->

                            </div>
                            <div class="unit charlie-size1of5 alpha-size1of2">

<div class="main-nav-block">
            <a href="/products/infinity/modified-products/gallery/" target="_self">
                <img src="https://embed.widencdn.net/img/ki/uxhkfo83om/675x380px@1x/UFG_ModifiedToggle_Modifed700Series_ModfiedTattooScreens_Office2.jp
            </a>

        <span class="heading4">
            <a href="/products/infinity/modified-products/gallery/" target="_self" class="arrow-link">
                <span>Modified Products Gallery</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:href="#svg-arrow-r
            </a>
        </span>

        <p >Browse this unique gallery of modified products to find inspiration in custom design solutions.</p>

</div>

                            </div>
                            <div class="unit charlie-size1of5 alpha-size1of2">

<div class="main-nav-block">
            <a href="/products/infinity/process/" target="_self">
                <img src="https://embed.widencdn.net/img/ki/trii5ub3rw/675x380px@1x/KI_DesignTeam_Collaboration2.jpg?q=90&amp;x.template=y" alt="" sty
            </a>

        <span class="heading4">
            <a href="/products/infinity/process/" target="_self" class="arrow-link">
                <span>Our Process</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:href="#svg-arrow-right"></use></
            </a>
        </span>

        <p >Infinity From KI is a process by which you and the KI design team exchange ideas, understand objectives and continually tweak ideation to r

</div>

                            </div>

                        </div>
                    </div> <!-- /main-nav-menu-->
                </li>

    </ul> <!-- /main-nav-primary -->

        <ul class="main-nav-secondary">

                        <li>
                            <a href="/whats-new/" target="">
                                What&#x27;s New
                            </a>
                        </li>
                        <li>
                            <a href="/how-to-buy/" target="">
                                Pricing &amp; Purchasing
                            </a>
                        </li>
                        <li>
                            <a href="/design-resources/product-lead-times/" target="">
                                Lead Times
                            </a>
                        </li>
                        <li>
                            <a href="/order-literature/" target="">
                                Literature &amp; Samples
                            </a>
                        </li>
```

```html
                    <li>
                        <a href="/customer-service/rights-warranties/" target="">
                            Services &amp; Warranties
                        </a>
                    </li>
                    <li>
                        <a href="/about/ki-careers/" target="">
                            Careers
                        </a>
                    </li>
                    <li>
                        <a href="/about/find-us/" target="">
                            Find a Rep
                        </a>
                    </li>

        </ul> <!-- /main-nav-secondary -->

</nav>
<button class="header-search-btn js-header-search-toggle" title="Toggle Search">
    <svg class="icon" width="18" height="18">
        <use xlink:href="#svg-mag-glass"></use>
    </svg>
    <svg class="icon icon-close" width="16" height="16">
        <use xlink:href="#svg-close"></use>
    </svg>
    <span class="header-search-label">Search</span>
</button>
<form class="header-search js-header-search" method="get" action="/search/">
    <div class="header-search-field floating-label">
        <input id="header-search" name="searchQuery" type="search" placeholder="Search" autocomplete="off" value="">
        <label for="header-search">Search</label>
        <button type="submit">
            <svg class="icon" width="18" height="18">
                <use xlink:href="#svg-mag-glass"></use>
            </svg>
        </button>
    </div> <!-- /header-search-field -->
    <div class="header-search-options">
        <input type="radio" id="search-all" value="" name="searchIn" checked>
        <label for="search-all">Site</label>
        <input type="radio" id="search-products" value="products" name="searchIn">
        <label for="search-products">Products</label>

            <input type="radio" id="search-0" value="Images" name="searchIn">
            <label for="search-0">Images</label>
            <input type="radio" id="search-1" value="Documents" name="searchIn">
            <label for="search-1">Documents</label>
            <input type="radio" id="search-2" value="Fabrics" name="searchIn">
            <label for="search-2">Fabrics</label>
            <input type="radio" id="search-3" value="Finishes" name="searchIn">
            <label for="search-3">Finishes</label>
            <input type="radio" id="search-4" value="CAD/Revit Symbols" name="searchIn">
            <label for="search-4">CAD/Revit Symbols</label>

    </div> <!-- /header-search-options -->
</form> <!-- /header-search -->

            </div>
        </header> <!-- /site-header -->

        <div id="main-content">

    <div class="scrolling-hero">
        <div class="js-scrolling-hero">

<div class="slide">
    <a href="https://www.ki.com/products/by-collection/outspan-outdoor-collection/" class="slide-content" target="_self">
            <div class="carousel-kb-in" style="">
                <img src="/contentassets/3157764e32344282b8e86938dfef3b93/outspan_collection_homepage_slider.jpg" alt="" style="">
            </div>
        <div class="hero-overlay">
                <span class="hero-sub-title">Introducing</span>
            <h2 class="hero-title">
                <span class="arrow-link">
                    <span>Outspan Outdoor Collection </span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:href="#svg-ar
                </span>
            </h2>
                <p class="hero-teaser">Introducing Outspan, the first outdoor furniture collection from KI, designed to bring durability, beauty, and c
        </div> <!-- /hero-overlay -->
    </a> <!-- /slide-content -->
</div> <!-- /slide -->

<div class="slide">
    <a href="/products/name/clamber-tiered-seating/" class="slide-content" target="_self">
            <div class="carousel-kb-in" style="">
                <img src="https://embed.widencdn.net/img/ki/ohje0bbdtf/1600x750px@1x/Clamber_2Tier_SeatingStorage_Cascha_CTable.png?q=90&amp;x.template
            </div>
        <div class="hero-overlay">
                <span class="hero-sub-title">Introducing</span>
            <h2 class="hero-title">
                <span class="arrow-link">
                    <span>Clamber Integrated Storage &amp; Planters</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlinl
                </span>
            </h2>
```

```
                <p class="hero-teaser">Create flexible, clutter-free learning environments with integrated storage and planter modules for Clamber tier
        </div> <!-- /hero-overlay -->
    </a> <!-- /slide-content -->
</div> <!-- /slide -->

<div class="slide">
    <a href="/products/by-collection/passel/" class="slide-content" target="_self">
            <div class="carousel-kb-in" style="">
                <img src="/contentassets/c17e6021be7f40deb13951b97833150a/ki_homepage_passel.jpg" alt="" style="">
            </div>
        <div class="hero-overlay">
                <span class="hero-sub-title">Introducing</span>
            <h2 class="hero-title">
                <span class="arrow-link">
                    <span>Passel Desking Collection</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:href="#svg-arro
                </span>
            </h2>
                <p class="hero-teaser">Built on a refined rail system, Passel creates open, connected spaces that support both individual and team work
        </div> <!-- /hero-overlay -->
    </a> <!-- /slide-content -->
</div> <!-- /slide -->

<div class="slide">
    <a href="/products/families/cogni/" class="slide-content" target="_self">
            <div class="carousel-kb-in" style="">
                <img src="/contentassets/5e02698ea1ce413dbf5c43eb9a8d5fc5/ki_homepage_cogniseatingrefresh.jpg" alt="" style="">
            </div>
        <div class="hero-overlay">
            <h2 class="hero-title">
                <span class="arrow-link">
                    <span>Cogni Seating</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:href="#svg-arrow-right"></u
                </span>
            </h2>
                <p class="hero-teaser">Backed by research and designed to boost engagement, Cogni seating transforms learning spaces.</p>
        </div> <!-- /hero-overlay -->
    </a> <!-- /slide-content -->
</div> <!-- /slide -->

<div class="slide">
    <a href="https://www.pallastextiles.com/the-collective/" class="slide-content" target="_blank">
            <div class="carousel-kb-in" style="">
                <img src="https://embed.widencdn.net/img/ki/umeq9pncgt/1600x750px@1x/Essentials_Matka_Chambray_Hali_Juggernaut_Kai_Craft_Alea_OohLaLana
            </div>
        <div class="hero-overlay">
                <span class="hero-sub-title">Introducing</span>
            <h2 class="hero-title">
                <span class="arrow-link">
                    <span>The Collective by Pallas Textiles</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:href="#
                </span>
            </h2>
                <p class="hero-teaser">Featuring refreshed colorways and new essentials, The Collective offers designers versatile materials rooted in
        </div> <!-- /hero-overlay -->
    </a> <!-- /slide-content -->
</div> <!-- /slide -->
        </div>

        <div class="carousel-nav"></div>

    </div> <!-- /scrolling-hero -->

<div class="homepage">
    <div class="section-padded">
            <div class="reversible-row">
                    <div class="reversible-row-image">
                        <img src="/contentassets/b4e9163fd70f4110a9bb0c07737f9ff8/ki_purposefuldesign_homepage_900x600.jpg">
                    </div> <!-- /reversible-row-image -->

                <div class="reversible-row-content">
                        <span class="reversible-row-subtitle">Rebuilding Lives. Building Furniture.</span>

                    <span class="reversible-row-title">
                            <a href="/design-resources/materials/finishes/browse/wood/purposeful-design/" class="arrow-link" target="_self">
                                <span>Purposeful Design&#x2122; &#x2B; KI Partnership</span><span class="no-wrap"> <svg class="icon" width="4" he
                            </a>
                    </span> <!-- /reversible-row-title -->
                    <div class="reversible-row-teaser">
                        <p>We're proud to partner with Purposeful Design&trade; to introduce handcrafted solid-wood tops for select Tributaire tables.
<p style="text-align: left;"><a class="btn-secondary" href="/design-resources/materials/finishes/browse/wood/purposeful-design/">Explore Their Story</a

                    </div>
                </div> <!-- /reversible-row-content -->
            </div> <!-- /reversible-row -->

        <div class="inner cta-equal-heights" style="padding-top: 0;">
                <div class="unit bravo-size1of3">
                        <a href="/design-resources/see-it-spec-it/cogni/" class="sisi-home-cta" target="_self">

                            <div class="sisi-home-cta-img" style="background-image: url(/globalassets/0.-homepage/3.-see-it-spec-it-feature/2025/ki_hom
                            <div class="sisi-home-cta-overlay">
                                <span class="sisi-home-cta-subtitle">See It Spec It</span>

                                    <h3 class="sisi-home-cta-title">
                                        <span class="arrow-link">
                                            <span>Cogni Seating</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><use xlink:hre
                                        </span>
                                    </h3>
                            </div>
                        </a> <!-- /sisi-home-cta -->
```

```html
            </div> <!-- /unit -->
        <div class="unit bravo-size2of3">

    <a href="https://www.youtube.com/embed/KxY5D6DqsUs?rel=0" class="image-cta image-cta-md" data-fancybox>
        <div class="image-cta-img" style="background-image: url(/contentassets/1d5d6e393e9248028a39cd3283d62d72/design-philosophy-video-image.png);"><

        <span class="image-cta-video-icon">
            <svg width="19" height="21">
                <use xlink:href="#svg-video-play"></use>
            </svg>
        </span>

        <div class="image-cta-overlay">

                <span class="image-cta-title custom-h3">
                    <span class="arrow-link">
                        <span>KI Furniture Solutions: Our Design Philosophy</span><span class="no-wrap"> <svg class="icon" width="4" height="8"><
                    </span>
                </span>
        </div> <!-- /image-cta-overlay -->
    </a> <!-- /image-cta -->

            </div> <!-- /unit -->
        </div> <!-- /inner -->
    </div>
        <div class="section-padded section-bg">

            <div class="inner">
                    <div class="unit">
                        <h2 class="section-title">News &amp; Insights</h2>
                    </div> <!-- /unit -->

                <div class="unit">

<div class="featured-articles-container">
    <div class="featured-articles small-text has-3">

            <div class="featured-article-item">
                    <div class="featured-article-img">
                        <img src="https://embed.widencdn.net/img/ki/asjoft7iri/685x385px@1x/Emplify_Zoetry_Healthcare.jpg?q=90&amp;x.template=y" alt="
                        <span class="featured-article-type">
Blog                        </span>
                    </div>
                <span class="featured-article-date">March 6, 2026</span>
                <span class="featured-article-title">
                    <a href="/insights/blog/future-ready-healthcare-perspectives-from-the-ki-healthcare-advisory-board/" class="arrow-link" target="">
                        <span>Future-Ready Healthcare Perspectives from the KI Healthcare Advisory Board</span><span class="no-wrap"> <svg class='
                    </a>
                </span>
                <p>Learn how to create future-ready healthcare facilities that support evolving care, staff workflows, and patient experience in our Fu
            </div>
            <div class="featured-article-item">
                    <div class="featured-article-img">
                        <img src="https://embed.widencdn.net/img/ki/u1knufmeah/685x385px@1x/SLCC_Athens_MyPlace_Sonrisa_Bench_Chair_Lyra_LimeLite_Third
                        <span class="featured-article-type">
Blog                        </span>
                    </div>
                <span class="featured-article-date">February 10, 2026</span>
                <span class="featured-article-title">
                    <a href="/insights/blog/from-flexibility-to-belonging-the-real-forces-reshaping-higher-education-spaces/" class="arrow-link" target
                        <span>From Flexibility to Belonging: The Real Forces Reshaping Higher Education Spaces</span><span class="no-wrap"> <svg c
                    </a>
                </span>
                <p>From hybrid learning to inclusive design, take a look at how campuses are rethinking space to better serve students, faculty, and lo
            </div>
            <div class="featured-article-item">
                    <div class="featured-article-img">
                        <img src="https://embed.widencdn.net/img/ki/uz30trob7y/685x385px@1x/Hillsdale_Ruckus_Stool_ActivityTable_MyPlace_Third.jpg?q=90
                        <span class="featured-article-type">
Blog                        </span>
                    </div>
                <span class="featured-article-date">February 2, 2026</span>
                <span class="featured-article-title">
                    <a href="/insights/blog/whats-shaping-k12-learning-environments-in-2026/" class="arrow-link" target="">
                        <span>What&#x2019;s Shaping K-12 Learning Environments in 2026&#x2014;and What Schools Can Do Next</span><span class="no-wrap">
                    </a>
                </span>
                <p>K&ndash;12 schools face enrollment shifts, tighter budgets, and rising expectations. See how learning environments can adapt to supp
            </div>

    </div> <!-- /featured-articles -->
</div> <!-- /featured-articles-container -->
                </div> <!-- /unit -->
            </div> <!-- /inner -->
        </div> <!-- /section-bg -->
        <div class="section-padded">
            <div class="inner">
                    <div class="unit">
                        <h2 class="section-title">Helpful Tools</h2>
                    </div> <!-- /unit -->
                <div class="unit">
                    <div class="image-link-row">
                            <a href="/design-resources/sqft-calculator/" class="image-link" target="_self">
                                <img src="/globalassets/0.-homepage/6.-helpful-tools/shutterstock_265126775_edit_700x700px.jpg" class="image-link-img":
                                <span class="image-link-title">Square Foot Calculator</span>
                            </a>
```

```
                                <a href="/design-resources/materials/com-fabrics/" class="image-link" target="_self">
                                    <img src="/globalassets/0.-homepage/6.-helpful-tools/fabric-small.jpg" class="image-link-img">
                                    <span class="image-link-title">COM Fabric Approvals</span>
                                </a>
                                <a href="https://www.ki.com/design-resources/document-library/?s=&amp;c=DataHub&#x2B;%28By&#x2B;Product%29&amp;t=Price&#x2B
                                    <img src="/globalassets/0.-homepage/6.-helpful-tools/pricing-small.jpg" class="image-link-img">
                                    <span class="image-link-title">Product Pricing</span>
                                </a>
                                <a href="https://orderstatus.ki.com/" class="image-link" target="_blank">
                                    <img src="/globalassets/0.-homepage/6.-helpful-tools/status-small.jpg" class="image-link-img">
                                    <span class="image-link-title">Order Status</span>
                                </a>
                                <a href="/design-resources/classroom-planner/" class="image-link" target="_self">
                                    <img src="/contentassets/a7af0952df82471c84cddf278bea2bfa/classroom-planner.jpg" class="image-link-img">
                                    <span class="image-link-title">Classroom Planner</span>
                                </a>
                        </div> <!-- /image-link-row -->
                    </div> <!-- /unit -->
                </div> <!-- /inner -->
            </div><!-- /section-padded -->

<div><div class="unit    instagramcarouselblockdata"></div></div>
</div> <!-- /landing-page -->

        </div> <!-- /main-content -->

<footer class="site-footer section-padded text-white">
    <div class="inner">

<div class="unit size1of3   footer  generalcontentblockdata">

<div class="default-block-grid-1 alpha-block-grid-2 charlie-block-grid-1 text-left">
<div>
<p class="heading4 m-0">About</p>
<ul class="footer-group-links unstyled-list">
<li><a href="/about/our-purpose/">Our Purpose</a></li>
<li><a href="/about/sustainability/">Sustainability</a></li>
<li><a href="/about/ki-careers/">Careers</a></li>
<li><a href="/about/pressroom/">Pressroom</a></li>
<li><a href="/about/shows-and-events/">Shows &amp; Events</a></li>
<li><a href="/about/locations/">Showrooms &amp; Locations</a></li>
<li><a href="/contact-us/">Contact Us</a></li>
</ul>
</div>
<div>
<p class="heading4 m-0">Research</p>
<ul class="footer-group-links unstyled-list">
<li><a href="/insights/blog/">Insights Blog</a></li>
<li><a href="/design-resources/document-library/?s=&amp;c=DataHub+(By+Product)&amp;t=White+Papers&amp;a=true">White Papers</a></li>
<li><a href="/insights/continuing-education-units/">Continuing Education Units</a></li>
<li><a href="/insights/podcast/">Furnishing Knowledge Podcast</a></li>
</ul>
</div>
</div></div><div class="unit size1of3   footer  generalcontentblockdata">

<div class="default-block-grid-1 alpha-block-grid-2 charlie-block-grid-1 text-left">
<div>
<p class="heading4 m-0">Purchasing</p>
<ul class="footer-group-links unstyled-list">
<li><a href="/how-to-buy/">How to Buy</a></li>
<li><a href="/design-resources/document-library/?s=&amp;c=DataHub%2b(By%2bProduct)&amp;t=Price%2bLists%2b%26%2bWarranties&amp;a=true">Pricing</a></li>
<li><a href="/about/find-us/">Find a Sales Specialist</a></li>
<li><a href="/design-resources/product-lead-times/">Lead Times</a></li>
<li><a href="/order-literature/">Literature &amp; Samples</a></li>
</ul>
</div>
<div>
<p class="heading4 m-0">Help</p>
<ul class="footer-group-links unstyled-list">
<li><a href="/customer-service/">Customer Service</a></li>
<li><a href="/customer-service/assembly-maintenance/">Assembly &amp; Maintenance</a></li>
<li><a href="/customer-service/repair-replacement/">Repair &amp; Replacement</a></li>
<li><a href="/customer-service/rights-warranties/">Warranty</a></li>
</ul>
</div>
</div></div><div class="unit size1of3   footer  generalcontentblockdata">

<div class="default-block-grid-1 alpha-block-grid-2 charlie-block-grid-1 text-left">
<div>
<p class="heading4 m-0">Corporate Office</p>
<p>1330 Bellevue Street<br />Green Bay, WI 54302<br />800.424.2432</p>
</div>
<div>
<p class="heading4 m-0">Stay In Touch</p>
<p>As a trusted market resource, we furnish knowledge. Join our conversation and stay in touch with KI.</p>
<p><a class="btn" href="/subscribe/">Subscribe to Updates</a></p>
</div>
</div></div>

        <div class="unit">
                <div class="family-logos">
```

```
                        <div class="family-logo">
                            <a href="https://www.ki.com" title="KI" target="_self">
                                <svg class="family-logo-ki" width="50" height="50">
                                    <use xlink:href="#svg-ki"></use>
                                </svg>
                            </a>
                        </div> <!-- /family-logo -->
                        <div class="family-logo">
                            <a href="https://www.pallastextiles.com/" title="Pallas" target="_blank">
                                <svg class="family-logo-pallas" width="50" height="50">
                                    <use xlink:href="#svg-pallas"></use>
                                </svg>
                            </a>
                        </div> <!-- /family-logo -->
                        <div class="family-logo">
                            <a href="https://www.spacesaver.com/" title="Spacesaver" target="_blank">
                                <svg class="family-logo-spacesaver" width="50" height="50">
                                    <use xlink:href="#svg-spacesaver"></use>
                                </svg>
                            </a>
                        </div> <!-- /family-logo -->
                        <div class="family-logo">
                            <a href="https://www.kiwall.com/" title="KI Wall" target="_self">
                                <svg class="family-logo-ki-wall" width="50" height="50">
                                    <use xlink:href="#svg-ki-wall"></use>
                                </svg>
                            </a>
                        </div> <!-- /family-logo -->

                </div> <!-- /family-logos -->
        </div> <!-- /unit -->

        <div class="unit">
            <div class="social-media">
                        <a href="https://www.facebook.com/kifurniture" title="Facebook" target="_blank" class="social-facebook">
                            <svg class="icon" width="20" height="20">
                                <use xlink:href="#svg-social-facebook"></use>
                            </svg>
                        </a> <!-- /social-icon -->
                        <a href="https://instagram.com/kifurniture" title="Instagram" target="_blank" class="social-instagram">
                            <svg class="icon" width="20" height="20">
                                <use xlink:href="#svg-social-instagram"></use>
                            </svg>
                        </a> <!-- /social-icon -->
                        <a href="https://www.linkedin.com/company/ki" title="LinkedIn" target="_blank" class="social-linkedin">
                            <svg class="icon" width="20" height="20">
                                <use xlink:href="#svg-social-linkedin"></use>
                            </svg>
                        </a> <!-- /social-icon -->
                        <a href="https://www.pinterest.com/kifurniture/" title="Pinterest" target="_blank" class="social-pinterest">
                            <svg class="icon" width="20" height="20">
                                <use xlink:href="#svg-social-pinterest"></use>
                            </svg>
                        </a> <!-- /social-icon -->
                        <a href="https://www.youtube.com/kinetwork" title="YouTube" target="_blank" class="social-youtube">
                            <svg class="icon" width="20" height="20">
                                <use xlink:href="#svg-social-youtube"></use>
                            </svg>
                        </a> <!-- /social-icon -->
                        <a href="https://x.com/KItweets" title="X" target="_self" class="social-x">
                            <svg class="icon" width="20" height="20">
                                <use xlink:href="#svg-social-x"></use>
                            </svg>
                        </a> <!-- /social-icon -->
            </div> <!-- /social-media -->

            <ul class="footer-links">
                <li>&copy; 2026 KI</li>
                        <li><a href="/legal/">Legal/Privacy</a></li>
                        <li><a href="/accessibility-statement/">Accessibility Statement</a></li>
            </ul> <!-- /footer-links -->
        </div> <!-- /unit -->
    </div> <!-- /inner -->
</footer>

        <div class="main-nav-overlay js-main-nav-overlay"></div>

    </div> <!-- /container -->

    <div style="display: none;">
        <span id="cookie-consent-message">

<p>By clicking "Accept All Cookies," you agree to the storing of cookies on your device to enhance site navigation, analyze site usage and assist in ma
        <span id="cookie-consent-button-text">Accept All Cookies</span>
    </div>

    <script src="/dist/ki/ki.441dd522.js" type="module"></script>

<!-- Google Tag Manager (noscript) -->
<noscript><iframe src="https://www.googletagmanager.com/ns.html?id=GTM-M9F3L9R"
height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
<!-- End Google Tag Manager (noscript) -->

<!-- HubSpot character limit -->
<!-- Set the character limit in the field's Help Text (e.g. "Max 400 characters") -->
<script>
    (function () {
        const CHAR_HINT = /\b(\d{1,3}(?:,\d{3})*|\d{1,5})\s*(?:characters?|chars?)\b/i;
```

```
        function applyCharLimits(form) {
            if (!form) return;

            form.querySelectorAll('.hs-form-field').forEach((field) => {
                if (field.dataset.charlimitChecked === '1') return;
                field.dataset.charlimitChecked = '1';

                // character limit comes from HubSpot Help Text field
                // e.g. "Max 200 characters"
                const helpEl = field.querySelector('.hs-field-desc');
                if (!helpEl) return;

                const match = helpEl.textContent.trim().match(CHAR_HINT);
                if (!match) return;

                // strip commas
                const numString = match[1].replace(/,/g, '');
                const maxLength = parseInt(numString, 10);
                if (!Number.isFinite(maxLength) || maxLength <= 0) return;

                const input = field.querySelector('input, textarea');
                if (!input) return;

                input.setAttribute('maxlength', String(maxLength));

                // store original help text so we can append to it
                if (!helpEl.dataset.baseText) {
                    helpEl.dataset.baseText = helpEl.textContent.trim();
                    helpEl.setAttribute('aria-live', 'polite');
                }

                const baseText = helpEl.dataset.baseText;

                const update = () => {
                    const len = input.value.length || 0;
                    const remaining = Math.max(0, maxLength - len);
                    helpEl.textContent = `${baseText} (${remaining} remaining)`;
                };

                input.addEventListener('input', update);
                update();
            });
        }

        function checkForms() {
            const forms = document.querySelectorAll('.hs-form form, form.hs-form, .hbspt-form form');
            forms.forEach(applyCharLimits);
        }

        // initial load
        window.addEventListener('load', checkForms);

        // when HubSpot says a form is ready
        window.addEventListener('message', (evt) => {
            const d = evt.data;
            if (!d || d.type !== 'hsFormCallback' || d.eventName !== 'onFormReady') return;

            checkForms();
        });
    })();
</script>

<!-- <script type="text/javascript" src="https://c.la4-c1-dfw.salesforceliveagent.com/content/g/js/47.0/deployment.js"></script>
    <script type="text/javascript">
        liveagent.init('https://d.la4-c1-dfw.salesforceliveagent.com/chat', '5720z0000004D2L', '00D500000007Fk8');

        if (!window._laq) { window._laq = []; }

        window._laq.push(function () {
            liveagent.showWhenOnline('5730z0000004DHi', document.getElementById('liveagent_button_online_5730z0000004DHi'));
            liveagent.showWhenOffline('5730z0000004DHi', document.getElementById('liveagent_button_offline_5730z0000004DHi'));

            liveagent.showWhenOnline('5730z0000004DHY', document.getElementById('liveagent_button_online_5730z0000004DHY'));
            liveagent.showWhenOffline('5730z0000004DHY', document.getElementById('liveagent_button_offline_5730z0000004DHY'));

            liveagent.showWhenOnline('5730z0000004DHn', document.getElementById('liveagent_button_online_5730z0000004DHn'));
            liveagent.showWhenOffline('5730z0000004DHn', document.getElementById('liveagent_button_offline_5730z0000004DHn'));
        });
    </script> //-->
    <script defer="defer" src="/Util/Find/epi-util/find.js"></script>
<script>
document.addEventListener('DOMContentLoaded',function(){if(typeof FindApi === 'function'){var api = new FindApi();api.setApplicationUrl('/');api.setSer
</script>

</body>
</html>
```