# Exhibit 6

KI

Home › Products › Products By Category



# Seating

**Explore Seating**

Jump To ⌄

**Search**

Product Name 🔍

No matter the environment, KI has you covered. Our innovative seating designs support mobility, comfort and ergonomics while amplifying spaces.

# Stack Chairs



**Apply Stack Chair**

# Task Chairs



Diem Task Chair

View All Task Chairs

# Conference Chairs



**LimeLite Conference Chair**

Case 1:26-cv-00425-WCG     Filed 03/17/26     Page 5 of 22     Document 1-6

**View All Conference Chairs**

# Nesting Chairs



**Strive Nesting Chair**

Torsi

View All Nesting Chairs

# Guest Chairs



LimeLite Guest Chair

Case 1:26-cv-00425-WCG     Filed 03/17/26     Page 7 of 22     Document 1-6

# Lounge Seating



**Clamber Tiered Seating**

# Student Seating



**Cogni Chair**

View All Student Seating

# Esports Seating



**Nav Esports Chair**

Case 1:26-cv-00425-WCG     Filed 03/17/26     Page 10 of 22     Document 1-6

View All Esports Seating

# Tablet Arm Chairs



**Doni Stack Chair with Tablet Arm**

Strive

# Healthcare Seating



**Affina Recliners**

# Multiple/Tandem Seating



**Affina Multiple Seating**

View All Multiple/Tandem Seating

# Bariatric Seating



**Affina Bariatric Chair**

Case 1:26-cv-00425-WCG    Filed 03/17/26    Page 14 of 22    Document 1-6

# Cafe Stools



**Strive High-Density Cafe Stool**

Case 1:26-cv-00425-WCG     Filed 03/17/26     Page 15 of 22     Document 1-6

View All Cafe Stools

# Task Stools



**Diem Task Stools**

Case 1:26-cv-00425-WCG     Filed 03/17/26     Page 16 of 22     Document 1-6

View All Task Stools

# Industrial Stools



**600 Series Industrial Stools**

Med

Case 1:26-cv-00425-WCG    Filed 03/17/26    Page 17 of 22    Document 1-6

# Folding Chairs



**600 Series Folding Chairs**

View All Folding Chairs

# Outdoor Seating



NEW

**Outspan Outdoor Seating**



View All Outdoor Seating

**About**

Our Purpose

Sustainability

Careers

Pressroom

Shows & Events

Showrooms & Locations

Contact Us

**Research**

Insights Blog

White Papers

Continuing Education Units

Furnishing Knowledge Podcast

**Purchasing**

How to Buy

Pricing

Find a Sales Specialist

ad Times

Literature & Samples

## Help

Customer Service

Assembly & Maintenance

Repair & Replacement

Warranty

## Corporate Office

1330 Bellevue Street

Green Bay, WI 54302

800.424.2432

## Stay In Touch

As a trusted market resource, we furnish knowledge. Join our conversation and stay in touch with KI.

**Subscribe to Updates**

   

    

© 2026 KI   Legal/Privacy   Accessibility Statement

