# Exhibit 7



 

Home › Products › Products By Category › Tables



# Training Tables

KI training tables accommodate a variety of learning methods, including lectures, U-shapes, or groupings. Optional nesting allows a classroom to easily clear space, and power options ensure digital devices and other technology stay charged. Learn more >

▯ VIEW PRODUCT COMPARISON     ⤓ DOWNLOAD PRICE COMPARISON



**Pirouette Tables**



TABLES
LOOKBOOK

Product Overview

**View Tables Lookbook**



Pillar Tables



Pirouette Tables



Portico Tables



Tributaire Training Tables

## About

Our Purpose

Sustainability

Careers

Pressroom

Shows & Events

Showrooms & Locations

Contact Us

## Research

Insights Blog

White Papers

Continuing Education Units

Furnishing Knowledge Podcast

## Purchasing

How to Buy

Pricing

Find a Sales Specialist

Lead Times

Literature & Samples

## Help

Customer Service

Assembly & Maintenance

Repair & Replacement

Warranty

## Corporate Office

1330 Bellevue Street
Green Bay, WI 54302
800.424.2432

## Stay In Touch

As a trusted market resource, we furnish knowledge. Join our conversation and stay in touch with KI.

Subscribe to Updates

   

     

© 2026 KI    Legal/Privacy    Accessibility Statement

