IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| Krueger International, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00425 |
| | ) | |
| Aloft Media, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**KRUEGER INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT**

In compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1, Plaintiff Krueger International, Inc., by and through its attorneys, provides the following disclosure:

The full name of the party represented by the undersigned is Krueger International, Inc.

Krueger International, Inc. is a nongovernmental corporate entity. Krueger International, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Krueger International, Inc.

The name of the law firm whose attorneys are expected to appear on behalf of Krueger International, Inc. is Andrus Intellectual Property Law, LLP.

2

Date: March 17, 2026

Respectfully submitted,

*s/Aaron T. Olejniczak*
Aaron T. Olejniczak (Wis. Bar No. 1034997)
aarono@andruslaw.com
John P. Dyro (Wis. Bar No. 1138095)
jdyro@andruslaw.com
litigation@andruslaw.com
Andrus Intellectual Property Law, LLP
790 North Water Street, Suite 2200
Milwaukee, WI 53202
Phone: (414) 271-7590
*Attorneys for Plaintiff Krueger International, Inc.*