**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**KRUEGER INTERNATIONAL, INC.,**

      **Plaintiffs,**

    **v.**                   **Case No. 26-CV-425**

**ALOFT MEDIA, LLC,**

      **Defendants.**

---

## ORDER

---

Pursuant to 28 U.S.C. § 455(a) I hereby recuse myself from any further proceedings in this matter. The matter is returned to the Clerk for reassignment to another judge.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 17th day of March, 2026.

s/ Byron B. Conway
BYRON B. CONWAY
United States District Judge
