# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

|  |  |  |
|---|---|---|
| Krueger International, Inc. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:26-cv-00425 |
| | ) ) ) | |
| Aloft Media, LLC | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Aloft Media, LLC
211 West Tyler Street
Suite C
Longview, Texas 75601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:   Aaron T. Olejniczak
Andrus Intellectual Property Law, LLP
790 North Water Street, Suite 2200, Milwaukee, WI 53202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*LINDA M. KLEMM, CLERK OF COURT*

Date:   03/18/2026

s/ Kyle W. Frederickson, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

# RETURN OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Wisconsin

Case Number: 1:26-CV-00425

Plaintiff:
**Krueger International, Inc.**

vs.

Defendant:
**Aloft Media, LLC**

Received by Tommie J McKinney on the 5th day of May, 2026 at 9:23 am to be served on **Aloft Media, LLC, 211 West Tyler Street, Ste. C, Longview, TX 75601**.

I, Tommie J McKinney, do hereby affirm that on the **20th day of May, 2026** at **2:45 pm, I:**

**NON-SERVED** the **Summons in a Civil Action and Complaint for Declaratory Judgment, Exhibits 1-8** for the reason that I failed to find **Aloft Media, LLC** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
5/20/2026  11:47 am  Attempted service at 211 West Tyler Street, Ste. C, Longview, TX 75601: The door is locked. I am the only one parked in the parking lot, and there is no one else around.
5/20/2026  2:45 pm  Attempted service at 211 West Tyler Street, Ste. C, Longview, TX 75601: I came back by this location, and there were no cars, and the door was still locked.

I declare under penalty of perjury that this information is true.

**Tommie J McKinney**
PSC11520, Exp. 6/30/2026

05/29/26

**Date**

**Veritext**
**633 E. Colonial Drive**
**Orlando, FL 32803**
**(407) 898-4200**

Our Job Serial Number: PTC-2026003479
Ref: 8154372

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

# <u>RETURN OF SERVICE</u>

## UNITED STATES DISTRICT COURT
### Eastern District of Wisconsin

Case Number: 1:26-CV-00425

Plaintiff:
**Krueger International, Inc.**

vs.

Defendant:
**Aloft Media, LLC**

Received by Chad Hatcher on the 26th day of May, 2026 at 2:59 pm to be served on **Aloft Media, LLC by serving its Registered Agent: George A. Gordon, 6518 Ryeworth Dr., Frisco, TX 75035.**

I, Chad Hatcher, do hereby affirm that on the **30th day of May, 2026** at **1:48 pm, I:**

delivered to a **CORPORATION** a true copy of the **Summons in a Civil Action and Complaint for Declaratory Judgment, Exhibits 1-8** with the date of service endorsed thereon by me, to: **George A. Gordon** as **Registered Agent** for **Aloft Media, LLC by serving its Registered Agent: George A. Gordon**, at the address of: **6518 Ryeworth Dr., Frisco, TX 75035**, and informed said person of the contents therein.

I declare under penalty of perjury that this information is true.

**Chad Hatcher**
PSC19386, Exp. 1/31/2027

06/01/2026

**Date**

**Veritext**
**633 E. Colonial Drive**
**Orlando, FL 32803**
**(407) 898-4200**

Our Job Serial Number: PTC-2026004085
Ref: 8154372

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a