# UNITED STATES DISTRICT COURT
### for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Krueger Int'l, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00425-WCG |
| Aloft Media, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Aloft Media, LLC

Date:     06/19/2026

*Attorney's signature*

Michael A. Benefield - IN 24560-49
*Printed name and bar number*

Buss & Benefield, PLLC
107 N. State Road 135, Suite 205
Greenwood, Indiana 46143
*Address*

michael@bussbenefield.com
*E-mail address*

(317) 887-0050
*Telephone number*

(844) 637-3650
*FAX number*