IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| Krueger International, Inc., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-00425 |
| Aloft Media, LLC, | ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF KRUEGER INTERNATIONAL, INC.'S
NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiff Krueger International, Inc. ("Plaintiff"), by and through counsel, seeks to withdraw the appearance of attorney John P. Dyro, Jr. In support of this notice, Plaintiff states:

1. Plaintiff is currently represented in this matter by co-counsel, attorney Aaron T. Olejniczak, of the law firm Andrus Intellectual Property Law, LLP, in addition to attorney John P. Dyro, Jr. Attorney Dyro is seeking to withdraw as counsel of record because he is no longer employed by Andrus Intellectual Property Law, LLP.

2. Attorney Olejniczak will continue to represent Plaintiff in this matter as counsel of record.

WHEREFORE, Plaintiff respectfully requests that this Court withdraw the appearance of attorney John P. Dyro, Jr., and for such other and further relief as the Court deems just.

1

Date: August 3, 2026

Respectfully submitted,

*s/Aaron T. Olejniczak.*
Aaron T. Olejniczak (Wis. Bar No. 1034997)
aarono@andruslaw.com
litigation@andruslaw.com
Andrus Intellectual Property Law, LLP
790 North Water Street, Suite 2200
Milwaukee, WI 53202
Phone: (414) 271-7590
Fax: (414) 271-5770

2