**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | | |
|---|---|---|
| Krueger International, Inc. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:26-CV-00425-WCG |
| | § | |
| Aloft Media, LLC | § | Jury Trial Requested |
| | § | |
| Defendant. | § | |

**STIPULATION TO DISMISS**

Plaintiff, Krueger International, Inc. and Defendant, ALOFT MEDIA, LLC, by their respective counsel, hereby stipulate and agree that the above-entitled cause be dismissed with prejudice, each party bearing their own attorneys' fees, costs and expenses. The parties withdraw and terminate all pending motions and pleadings submitted in this action.

KRUEGER INTERNATIONAL INC.
Plaintiff

BY: *__/s/ Michael R. Laing (with permission)__*
Michael R. Laing
mlaing@andruslaw.com
Andrus Intellectual Property Law, LLP
790 North Water Street, Suite 2200
Milwaukee, WI 53202
Phone: (414) 271-7590

*Attorney for Plaintiff Krueger International, Inc.*

ALOFT MEDIA, LLC
Defendant

BY: *__/s/ Michael A. Benefield__*
Michael A. Benefield
Indiana Bar No. 24560-49
Buss & Benefield PLLC
107 N. State Road 135, Ste 205
Greenwood, Indiana 46142
P: 317-887-0050
F: 1-844-637-3650
E: michael@bussbenefield.com

*Attorney for Defendant Aloft Media, LLC*